**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Carroll Creek Whisky, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-4183205 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 55 E. Patrick St. | 134 E. 5th St. |
| Number  Street | Number  Street |
| | P.O. Box |
| Frederick   MD   21701 | Frederick   MD   21701 |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Frederick County | |
| County | Number  Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)   www.tenthwarddistilling.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 1

Debtor  **Carroll Creek Whisky, LLC**                          Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>3121 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                 MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                                 MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                         MM / DD / YYYY<br>        Case number, if known _____ |

Debtor  **Carroll Creek Whisky, LLC**                                  Case number (*if known*)_____
_____
Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  Carroll Creek Whisky, LLC  Case number (*if known*)_____
_____Name_____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/29/2026
              MM / DD / YYYY

✘ /s/ Monica Pearce                          Monica Pearce
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ David Cahn                          Date  01/29/2026
Signature of attorney for debtor                MM / DD / YYYY

David Cahn
Printed name

Law Office of David Cahn, LLC
Firm name

129 West Patrick Street Suite 10
Number     Street

Frederick                          MD        21701
City                              State     ZIP Code

(301) 799-8072                    david@cahnlawoffice.com
Contact phone                      Email address

18279                              MD
Bar number                         State

**Fill in this information to identify the case:**

Debtor name: Carroll Creek Whisky, LLC

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br>2 North St., Ste. 320<br>Birmingham, AL, 35203 | | Monies Loaned / Advanced | | | | 209,718.00 |
| 2 | Home Run, LLC<br>1500 Main St.<br>Wheeling, WV, 26003 | | Monies Loaned / Advanced | | | | 195,000.00 |
| 3 | S&V Partnership, LLC<br>c/o FORCASS Services, LLC<br>610 E. Church St.<br>Frederick, MD, 21701 | | Unpaid Rent | | | | 104,750.00 |
| 4 | Comptroller of Maryland<br>110 Carroll St.<br>Annapolis, MD, 21411 | | Taxes & Other Government Units | | | | 96,932.00 |
| 5 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 68,320.00 |
| 6 | Fawcett Family Limited Partnership<br>2228 Journet Dr.<br>Dunn Loring, VA, 22027 | | Unpaid Rent | | | | 55,612.00 |
| 7 | Square Capital, LLC<br>1955 Broadway, Suite 815<br>Oakland, CA, 94612 | | Monies Loaned / Advanced | | | | 49,096.00 |
| 8 | Headway Capital<br>4700 W. Daybreak Pkwy., Ste. 200<br>South Jordan, UT, 84009 | | Monies Loaned / Advanced | | | | 42,546.91 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Carroll Creek Whisky, LLC
         Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bestgate 5100 Budkeystown Pike, Suite 290 Frederick, MD, 21704 | | Services | | | | 22,975.00 |
| 10 | Chase Bank PO Box 36520 Louisville, KY, 40233 | | Credit Card Debt | | | | 18,404.00 |
| 11 | Iron Heart 8025 S. Willow St., #201 Manchester, NH, 03103 | | Services | | | | 16,700.00 |
| 12 | WV Great Barrel Company 546 Mountain Home Dr. Caldwell, WV, 24925 | | Suppliers or Vendors | | | | 5,181.00 |
| 13 | ACNB P.O. BOX 3129 Gettysburg, PA, 17325 | | Overdrawn Bank Account | | | | 5,000.00 |
| 14 | Capital One Bank (USA), NA 4851 Cox Rd. Glen Allen, VA, 23060 | | Credit Card Debt | | | | 4,697.00 |
| 15 | City of Frederick 101 N. Court Street Frederick, MD, 21701 | | Utility Services | | | | 4,648.00 |
| 16 | Hello Social 3004 Buffalo Run Rd. Bellefonte, PA, 16823 | | Services | | | | 4,150.00 |
| 17 | ACR Chiller Co. 4014-I Mountville Rd. Jefferson, MD, 21755 | | | | | | 2,541.00 |
| 18 | Berlin Packaging 2300 Sweeney Dr. Clinton, PA, 15026 | | Suppliers or Vendors | | | | 1,899.00 |
| 19 | Henry Martin Law 50 Citizens Way, Suite 203-3 Frederick, MD, 21701 | | Services | | | | 691.00 |
| 20 | Country Malt Group PO Box 51602 Los Angeles, CA, 90051 | | Suppliers or Vendors | | | | 571.21 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**United States Bankruptcy Court**

**IN RE:**  Case No._____

Carroll Creek Whisky, LLC
_____ Chapter  11
_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Monica Pearce<br>134 E. 5th St., Frederick, MD 21701 | 100 | Managing member |

ACNB
P.O. BOX 3129
Gettysburg, PA 17325


ACR Chiller Co.
4014-I Mountville Rd.
Jefferson, MD 21755


Berlin Packaging
2300 Sweeney Dr.
Clinton, PA 15026


Bestgate
5100 Budkeystown Pike, Suite 290
Frederick, MD 21704


Capital One Bank (USA), NA
4851 Cox Rd.
Glen Allen, VA 23060


Chase Bank
PO Box 36520
Louisville, KY 40233


City of Frederick
101 N. Court Street
Frederick, MD 21701


Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411


Corporation Service Company, as Representativ
PO Box 2576
Springfield, IL 62708


Country Malt Group
PO Box 51602
Los Angeles, CA 90051


Fawcett Family Limited Partnership
2228 Journet Dr.
Dunn Loring, VA 22027


Headway Capital
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009


Hello Social
3004 Buffalo Run Rd.
Bellefonte, PA 16823

Henry Martin Law
50 Citizens Way, Suite 203-3
Frederick, MD 21701


Home Run, LLC
1500 Main St.
Wheeling, WV 26003


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101


Iron Heart
8025 S. Willow St., #201
Manchester, NH 03103


K Sidrane
24 Baiting Place Rd.
Farmingdale, NY 11735


Maryland Casino Business Development Fund
826 E. Baltimore St.
Baltimore, MD 21202


Monica Pearce
134 E. 5th St.
Frederick, MD 21701


S&V Partnership, LLC
c/o FORCASS Services, LLC
610 E. Church St.
Frederick, MD 21701


Square Capital, LLC
1955 Broadway, Suite 815
Oakland, CA 94612


Tenth Ward Events, LLC
55 E. Patrick St.
Frederick, MD 21701


U.S. Small Business Administration
2 North St., Ste. 320
Birmingham, AL 35203


WV Great Barrel Company
546 Mountain Home Dr.
Caldwell, WV 24925

United States Bankruptcy Court
District of Maryland

In re: Carroll Creek Whisky, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/29/2026

/s/ Monica Pearce
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor